**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                  February 19, 2015
Courtroom Deputy:      Robert R. Keech
FTR Technician:        Kathy Terasaki

---

Civil Action No.  **14-cv-02952-RPM**          Counsel:

**SEAN S. TRAYLOR**,                           Andrew B. Reid

        Plaintiff,

v.

**HENSEL PHELPS CONSTRUCTION**                 Neal J. G. McConomy
**COMPANY (aka HENSEL PHELPS**
**CONSTRUCTION GROUP), a Colorado**
**corporation**,

        Defendant.

---

**COURTROOM MINUTES**

---

**MOTION HEARING**

**3:01 p.m.      Court in session.**

                Court calls case.  Jeffrey A. Springer also present.

3:02 p.m.       Statement by defendants by Mr. McConomy regarding anticipated filing of a
                motion to dismiss and in response to inquiries by the Court.

3:05 p.m.       Statement by plaintiff by Mr. Reid in response to inquiries by the Court.

3:09 p.m.       Statement by defendants by Mr. McConomy in response to inquiries by the Court.

3:10 p.m.       Statement by plaintiff by Mr. Reid in response to inquiries by the Court.

3:10 p.m.       Statement by defendants by Mr. McConomy in response to inquiries by the Court.

2

3:11 p.m.       Statement by plaintiff by Mr. Reid in response to inquiries by the Court.

3:12 p.m.       Statement by plaintiff by Mr. Springer in response to inquiries by the Court.

3:14 p.m.       Neal J. G. McConomy is excused for the remainder of this proceeding.

                Plaintiff's Renewed *Ex Parte* Motion to Withdraw as Counsel for Plaintiff [ECF
                Doc. No. 18], filed February 11, 2015, is raised for argument.

                Court makes inquiries of Mr. Traylor.

3:15 p.m.       Statement by plaintiff by Mr. Traylor in response to Court's inquiries.

                Court's remarks to Mr. Springer about getting involved in matters related to this
                case.

**ORDERED:**   Plaintiff's Renewed *Ex Parte* Motion to Withdraw as Counsel for Plaintiff [ECF
                Doc. No. 18], filed February 11, 2015, is **DEFFERED.**

**3:21 p.m.**   **Court in recess.**  Hearing concluded.

**Total time:  20 minutes.**