IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02952-RPM

SEAN S. TRAYLOR,

    Plaintiff,

v.

HENSEL PHELPS CONSTRUCTION COMPANY
(aka HENSEL PHELPS CONSTRUCTION GROUP),
a Colorado corporation,

    Defendant.

_____

## ORDER GRANTING MOTION TO AMEND COMPLAINT
_____

Upon review of Plaintiff's unopposed motion to amend complaint [25], it is

ORDERED that the motion is granted and the second amended complaint tendered as Doc 26 is accepted for filing.

DATED: March 2, 2015

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge