IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02952-RPM

SEAN S. TRAYLOR,

    Plaintiff,
v.

HENSEL PHELPS CONSTRUCTION COMPANY
(aka HENSEL PHELPS CONSTRUCTION GROUP),
a Colorado corporation,

    Defendant.

_____

ORDER GRANTING SUMMARY JUDGMENT
_____

On June 22, 2015, the defendant filed a motion for summary judgment. This Court granted the second renewed motion to withdraw by plaintiff's counsel on March 13, 2015. There has been no response to the defendant's motion for summary judgment. On August 20, 2015, this Court entered an Order to Show Cause requiring Sean S. Traylor to file his response on or before September 14, 2015, failing in which judgment will enter. That order was mailed to the plaintiff at his address of record and there has been no return mail. Accordingly, it is now

    ORDERED that judgment shall enter dismissing this civil action with prejudice. The counterclaim of the defendant is denied given that this civil action was initiated with the assistance of counsel and the dismissal of this civil action is, in effect, specific performance of the release.

DATED: September 24, 2015

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge

CERTIFICATE OF MAILING

On this date a copy of the Order Granting Summary Judgment entered by Senior Judge Richard P. Matsch on September 24, 2015, was mailed, via U.S. Mail, to the following:

>Sean S. Traylor
>13428 Via Varra
>Broomfield, CO 80020

DATED: September 24th, 2015

JEFFREY P. COLWELL, Clerk

s/M. V. Wentz

By_____
          Deputy