IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02952-RPM

SEAN S. TRAYLOR,

      Plaintiff,

v.

HENSEL PHELPS CONSTRUCTION COMPANY
(aka HENSEL PHELPS CONSTRUCTION GROUP),
a Colorado corporation,

      Defendant.

_____

JUDGMENT
_____

      Pursuant to the Order Granting Summary Judgment entered by Senior Judge

Richard P. Matsch on September 24, 2015, it is

      ORDERED AND ADJUDGED that this civil action is dismissed with prejudice.

Defendant is awarded costs upon the filing of a bill of costs within 14 days.

      DATED:   September 24, 2015

                    FOR THE COURT:

                    JEFFREY P. COLWELL, Clerk

                        s/M. V. Wentz

                    By_____
                            Deputy

CERTIFICATE OF MAILING


On this date a copy of the Judgment entered on September 24, 2015, was mailed, via U.S. Mail, to the following:


Sean S. Traylor
13428 Via Varra
Broomfield, CO 80020


DATED: September 24th, 2015

JEFFREY P. COLWELL, Clerk


s/M. V. Wentz
By_____
Deputy